1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM GRAY, an individual; DON ARNOLD, an individual<br><br>Plaintiffs,<br><br>v.<br><br>OPTICOMP CORPORATION, a Nevada corporation; PETER GUILFOYLE, an individual; DOES I through X, inclusive,<br><br>Defendants. | CASE NO:   3:10-cv-00484-LRH-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs WILLIAM GRAY and DON ARNOLD, by and through their counsel of record JOHN D. MOORE, ESQ. of the law firm of MICHAEL B. SPRINGER, P.C. and Defendants OPTICOMP CORPORATION and PETER GUILFOYLE, by and through their counsel of record, SHERI M. THOME, ESQ. of the law firm

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

1  WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby stipulate and agree to the
2  dismissal, with prejudice, of the entire action, with each party to bear their own fees and costs
3  incurred herein.

5  DATED this 5th day of May, 2011.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

BY: /s/ *Sheri Thome*
   Sheri M. Thome, Esq.
   Nevada Bar No. 008657
   300 South Fourth Street, 11th Floor
   Las Vegas, Nevada 89101
   *Attorneys for Defendants OptiComp Corporation and Peter Guilfoyle*

DATED this 5th day of May, 2011.

**LAW OFFICES OF MICHAEL B. SPRINGER, PC**

BY: /s/ *John D. Moore*
   John D. Moore, Esq.
   Nevada Bar No. 008581
   9628 Prototype Court
   Reno, Nevada 89521
   *Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED.
DATED this 16th day of May, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE